**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARETHA CROSSON, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

PADDYWAX, LLC,

                Defendant.
-----------------------------------------------------------X

Case No.  1:22-cv-34-KAM-RML

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Paddywax, LLC.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       May 17, 2022

                                SHAKED LAW GOUP, P.C.
                                Attorneys for Plaintiff

                            By: /s/Dan Shaked
                              Dan Shaked, Esq.
                              14 Harwood Court, Suite 415
                              Scarsdale, NY 10583
                              Tel. (917) 373-9128
                              e-mail: ShakedLawGroup@Gmail.com

*Kiyo A. Matsumoto, USDJ*
5.19.2022